[No. 33884-3-III.   Division Three.   March 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TABITHA ANN SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00781-0, John D. Knodell III, J., entered October 26, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.